[No. 64105-1-I.   Division One.   January 11, 2010.]

*In the Matter of the Personal Restraint of* MELVIN MARSHALL, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 37670-9-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY HARRISON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00942-6, Roger A. Bennett, J., entered April 24, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 37934-1-II.   Division Two.   January 12, 2010.]

*In the Matter of the Detention of* JAMES LABAUM, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-00039-0, James E. Warme, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 37938-4-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. S.B., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-8-00952-1, Katherine M. Stolz, J., entered June 27, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.